**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE** **PLAINTIFF**

**v.** **No. 3:26-cv-209-DPM**

**GARLAND COUNTY, ARKANSAS** **DEFENDANT**

# ORDER

**1.** The application to proceed *in forma pauperis, Doc. 1,* is granted. Greene reports no savings and little income.

**2.** Because of earlier vexatious and frivolous cases, Greene is on the restricted-filer list. The Court has examined the complaint in this case. It is more of the same. The complaint will therefore be dismissed without prejudice. *Denton v. Hernandez,* 504 U.S. 25, 32–33 (1992).

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 November 2026