IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE** **PLAINTIFF**

**v.** **No. 3:26-cv-209-DPM**

**GARLAND COUNTY, ARKANSAS** **DEFENDANT**

# JUDGMENT

The complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

2 November 2026